# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Jose Francisco Rodriguez Zuniga,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No.   CV-26-05202-PHX-MSA

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)  Pursuant to General Order 26-09, the Court directed Respondents to show cause why the Petition should not be granted.  In the Response, Respondents state that they "do not oppose the request for a bond hearing pursuant to 8 U.S.C. § 1226(a)." (Doc. 8.)  The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing.  The Petition is otherwise denied.

**IT IS FURTHER ORDERED** that Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 30th day of July, 2026.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge